

U.S. Department of Justice

**United States Attorney**
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 27, 2007

**BY FACSIMILE**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07
```

The Honorable Denny Chin
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    United States v. Christopher Ramdin,
            07 Cr. 665 (DC)

Dear Judge Chin:

        The Government writes to request an adjournment of the conference before Your Honor that is set to take place tomorrow, at 4:30 p.m., for a period of about one month, in early January 2008  The reason for this request is that the Government has additional discovery to produce, and has had preliminary discussions regarding a possible disposition of this case. I have spoken to defense counsel who consents to this request.

        The Government also requests that time be excluded under the Speedy Trial Act from tomorrow until the next conference date Your Honor selects, so that defense counsel may continue to review discovery, and so the parties may continue to engage in discussions regarding a possible disposition of this matter.

*[Handwritten:]* Adjourned to Jan. 10, 2008, at 4:30 pm. The time until then is excluded in the

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Christopher L. LaVigne
Assistant United States Attorney
(212) 637-2325

cc: Jack Goldberg, Esq. ((212) 227-2736)
    Rachel Hemani, Esq. ((212) 856-9494)

*[Handwritten:]* interest of justice + to permit the parties to discuss a disposition.
SO ORDERED. *[signature]* 11/28/07
            USDJ