# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M SPIRO
JEREMY H. TEMKIN
JOHN J TIGUE JR
CYRUS R. VANCE, JR.
RICHARD D WEINBERG

*ALSO ADMITTED IN CALIFORNIA AND
WASHINGTON D C
**ALSO ADMITTED IN CONNECTICUT

**565 FIFTH AVENUE**
**NEW YORK, N.Y. 10017**
TELEPHONE
**(212) 856-9600**

www.maglaw.com

FACSIMILE
**(212) 856-9494**

WRITER'S DIRECT DIAL

(212) 880-9410
jsack@maglaw.com

COUNSEL
JUDITH L. MOGUL
CHRISTOPHER J. MORVILLO
E SCOTT MORVILLO
GREGORY MORVILLO

SENIOR ATTORNEY
THOMAS M. KEANE

MICHAEL C SILBERBERG
1940-2002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/08

May 15, 2008

**BY FACSIMILE**

The Honorable Denny Chin
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007

      Re:    *United States v. Ramdin et al.*, No. 07 Cr. 665 (DC) (S.D.N.Y.)

Dear Judge Chin:

      This firm represents Maurice Quinlan, a defendant in the above-captioned action.

      We respectfully request an extension of the date for filing pretrial motions from May 16, 2008 to May 21, 2008. This is his first such request, and counsel for the government and co-defendants consent to it.

      Under the current scheduling order, the government's opposition is due on or before June 6, 2008 and any replies are due on or before June 11, 2008. Counsel for the government and co-

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.
The Honorable Denny Chin
May 15, 2008
Page 2


defendants have agreed that the proposed enlargement of time would not require any change to
the dates for filing opposition and reply papers.

Respectfully submitted,

Jonathan S. Sack

cc (via email):

AUSA Christopher L. LeVigne
Jack G. Goldberg, Esq.
Philip L. Weinstein, Esq.
Seth C. Farber

Approved,
SO ORDERED,

USDJ
5/8/08