# MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P. C.

ELKAN ABRAMOWITZ
RICHARD F. ALBERT
ROBERT J. ANELLO
LAWRENCE S. BADER
BARRY A. BOHRER
CATHERINE M. FOTI
PAUL R. GRAND
LAWRENCE IASON
STEPHEN M. JURIS
ROBERT G. MORVILLO
BARBARA MOSES*
JODI MISHER PEIKIN
JONATHAN S. SACK**
EDWARD M. SPIRO
JEREMY H. TEMKIN
JOHN J. TIGUE, JR.
CYRUS R. VANCE, JR
RICHARD D. WEINBERG

*ALSO ADMITTED IN CALIFORNIA AND WASHINGTON, D.C.
**ALSO ADMITTED IN CONNECTICUT

565 FIFTH AVENUE
NEW YORK, N.Y. 10017

TELEPHONE
(212) 856-9600

www.maglaw.com

FACSIMILE
(212) 856-9494

WRITER'S DIRECT DIAL

(212) 880-9410
jsack@maglaw.com

COUNSEL
JUDITH L. MOGUL
CHRISTOPHER J. MORVILLO
E. SCOTT MORVILLO
GREGORY MORVILLO

SENIOR ATTORNEY
THOMAS M. KEANE

MICHAEL C. SILBERBERG
1940-2002

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08

May 21, 2008

**BY FACSIMILE**

The Honorable Denny Chin
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1020
New York, NY 10007

Re:   *United States v. Ramdin et al.*, No. 07 Cr. 665 (DC) (S.D.N.Y.)

Dear Judge Chin:

This firm represents Maurice Quinlan, a defendant in the above-captioned action.

On consent of the government, we respectfully request a further brief extension of the date for filing pretrial motions from today, May 21, 2008, to May 23, 2008.

This is Mr. Quinlan's second such request. We seek this extension of time to aid in a possible disposition of this case. Counsel for the government has agreed that the proposed enlargement of time would not require any change to the dates for filing opposition and reply papers.

Approved.
SO ORDERED.

[signature]
USDJ
5/21/08

Respectfully submitted,

[signature]
Jonathan S. Sack