**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA      :  ORDER
                                  :  S4 07 Cr. 665 (DC)
        -v.-                  :

MAURICE QUINLAN,             :
    a/k/a "Cheese,"            :

              Defendant.     :
- - - - - - - - - - - - - - - - - - -x

        WHEREAS, with the defendant's consent, his guilty plea allocution was taken before United States Magistrate Judge Henry B. Pitman on August 12, 2008;

        WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

        WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

        IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:    New York, New York
         August 25, 2008

                                              Hon. Denny Chin
                                              UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08